

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: JAMES E. WHITE, IV, Individually and as a named Beneficiary of the JANE WHITE TRUST; MARTI WHITE WRIGHT, Individually and as a named Beneficiary of the JANE WHITE TRUST; AND CLINTON WESLEY WHITE, Individually and as a named Beneficiary of the JANE WHITE TRUST, by and Through his Next-Friend, JAMES E. WHITE, IV, | §<br>§<br>§<br>§<br>§ | No. 08-23-00247-CV<br><br>AN ORIGINAL PROCEEDING<br><br>IN MANDAMUS |
| Relators. | | |

**MEMORANDUM OPINION**

Before the Court is relators' petition for writ of mandamus. In the petition, relators ask this Court to void both the final judgment and order appointing a temporary interim trustee in the underlying case.[1]

Relators must meet two requirements to demonstrate they are entitled to relief by mandamus. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135 (Tex. 2004) (orig. proceeding).

---

[1] Relators have also separately appealed these judgments in No. 08-23-00243-CV (final judgment) and No. 08-23-00244-CV (appointment of trustee).

They must show that first, the trial court clearly abused its discretion, and second, they have no adequate remedy by appeal. *Id.* at 135–36.

Relators have not attempted to show they have no adequate remedy by appeal. Accordingly, relators have not established they are entitled to mandamus relief. We deny relators' petition for writ of mandamus. Relators' motion for emergency relief is likewise denied as moot.

YVONNE T. RODRIGUEZ, Chief Justice

October 9, 2023

Before Rodriguez, C.J., Soto, J., and Marion, C.J. (Ret.)
Marion, C.J. (Ret.) (Sitting by Assignment)